IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
DEC 11 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:09-CR- 507 |
| | ) | |
| v. | ) | |
| | ) | Count 1: 31 U.S.C. § 5324(a)(3) |
| MUHAMMAD BASHIR | ) | (Structuring Transactions to Evade |
| | ) | Reporting Requirements) |
| Defendant. | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT

From on or about October 2006 to on or about August 2009, in Arlington County, in the Eastern District of Virginia, and elsewhere, the defendant, MUHAMMAD BASHIR, did unlawfully and knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), structure, assist in structuring, and attempt to structure transactions with a domestic financial institution, and cause and attempt to cause such institution to fail to file Currency Transaction Reports required by Section 5313 for currency transactions in excess of $10,000, so that he would not trigger the filing of Currency Transaction Reports by appearing to deposit more than $10,000 in a single account in a single day, all in violation of Title 31, United States Code, Sections 5324(a)(3) and Title 18, United States Code, Section 2.

FORFEITURE

If convicted of the charge contained in this Criminal Information, then, pursuant to Title 31, United States Code, Section 5317, the defendant shall forfeit to the United States $150,000,

which represents property, real or personal, involved in the offense, and any property traceable to such property. The $150,000 includes

    a.    $37,498.44 seized by law enforcement authorities from the account in the name of Bashir Naseem Corporation, at Bank of America, 7400 Little River Turnpike, Annandale, Virginia, with an account number ending in 1697, on June 1, 2009;

    b.    $2,551.35 seized by law enforcement authorities from account in the name of Bashir Naseem Corporation, at Bank of America, 7400 Little River Turnpike, Annandale, Virginia, with an account number ending in 2569, on June 1, 2009; and

    c.    $29,539.13 seized by law enforcement authorities from an account in the name of Bashir Naseem Corporation, at T.D. Bank, 6615 Richmond Highway, Alexandria, Virginia, with an account number ending in 5438, between on or about October 8 and October 13, 2009.

Neil H. MacBride
United States Attorney

By: *(signature)*
Gordon D. Kromberg
Assistant United States Attorney