# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED IN OPEN COURT
DEC 11 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:09cr 507 |
| ) | |
| Mohammed Bashir ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/11/2009

*Defendant's signature*

*Signature of defendant's attorney*

William F. Burton
*Printed name of defendant's attorney*

/s/
Liam O'Grady
United States District Judge

Liam O'Grady, United States District Judge
*Judge's printed name and title*